UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | |
|      Plaintiff,                     ) | |
|                                     ) | Case No. 05-413M |
|      v.                             ) | |
|                                     ) | DETENTION ORDER |
| EDWARD MOTLEY,                      ) | |
|                                     ) | |
|      Defendant.                     ) | |
| _____) | |

<u>Offense charged</u>:

Escape from custody in violation of 18 U.S.C. § 751(a).

<u>Date of Detention Hearing</u>:  October 13, 2005.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant appears to have knowingly and voluntarily escapee from custody at Pioneer Fellowship House, a facility in which he was lawfully confined.

(2)   Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

IT IS THEREFORE ORDERED:

(1)   Defendant shall be detained pending trial and committed to the custody of the
     Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of October, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge